FILED
CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Arif Durrani | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 06-6281 PA |
| v. | |
| S.A. Holencik | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

A Motion to Disqualify Judge / Magistrate Judge __Percy Anderson__ was filed on __10/16/06__. Pursuant to General Order 224 and General Order 194 this motion is referred to Judge __R. Gary Klausner__ for determination.

Clerk, U. S. District Court

__10/31/06__                    By __Robert R. Nadres__
Date                              Deputy Clerk

cc: *Judge Assigned to Case*
    *Judge Assigned to Hear Motion*
    *Counsel of Record*



---

CV-54 (07/05)    REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE

ENTERED ON CM 10/31/06

```
 1 │ Arif Durrani #09027-014
   │ FCI-Victorville I
 2 │ P.O. Box 5300
   │ Adelanto, CA 92301
 3 │
   │ In Propria Persona
 4 │
```



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARIF DURRANI, | ) | |
|---|---|---|
| Petitioner/Plaintiff, | ) | Case No. CV 06-06281 PA |
| v. | ) | **MOTION TO REQUEST RE-ASSIGNMENT OF HONORABLE JUDGE DUE TO CONFLICT OF INTEREST IN A CIVIL COMPLAINT INCLUDING ASSISTANT U.S. ATTORNEY** |
| S.A. HOLENCIK, | ) | |
| Respondent/Defendant. | ) | Title 28 USCS § 455 |

**COMES NOW**, the Petitioner/Plaintiff, Arif Durrani, acting in propria persona, respectfully submits and hereby moves that this Honorable Court Remove and/or Reassign the Honorable Percy Anderson and the Assistant United States Attorney, William A. Crowfoot from this Case (cited above), due to a conflict of interest in a Civil Complaint that was filed by the Petitioner (Case Pending in the Central District Court), pursuant to all Federal Rules, Regulations and Procedures.

The Honorable Judge Percy Anderson did not state in his Release Order (No. 06270) that once the Indictment No. CR99-470-PA was DISMISSED on September 23, 2005, the Defendant must be allowed

return to the country of asylum.

> "[I]f person had been extradited for one offense and tried and convicted of different offense his remedy was by writ of error from Supreme Court of United States to court wherein he was convicted; of if he was under arrest and desired more speedy remedy, in order to secure his release, writ of habeas corpus from one of federal judges or federal courts, issued on ground that he was restrained of his liberty in violation of Constitution or law of treaty of United States, would bring him before federal tribunal where inquiry could be had as to his contention and if they were well founded he was discharged."
> (See Criminal Procedure 18 U.S.C.S. §3192 #9-Miscellaneous)

The Petitioner/Plaintiff is also a U.S. Citizen from May 13, 1986 (See Appendix -A-). The Petitioner was not debarred nor ineligible to receive an export license as noted by AUSA, William A. Crowfoot in his memorandum to dismiss the Indictment (See Bates No(s). 246, 247 & 248 ). It is obvious that AUSA, William A. Crowfoot has misrepresented, intentionally, knowingly, and willingly the status of the Petitioner/Plaintiff and AUSA, William A. Crowfoot is named in the above referenced Civil Complaint that was filed in this Honorable Court's jurisdiction.

**THEREFORE**, the Petitioner/Plaintiff showing good cause and good faith, respectfully requests that this Honorable Court GRANT this Motion and Re-Assign the Honorable Judge Percy Anderson and AUSA, William A. Crowfoot, due to a conflict of interest in a CIVIL COMPLAINT that was filed in this Court's jurisdiction and in the interest of justice.

**RESPECTFULLY SUBMITTED** on this 9th day of October, 2006.



Arif Ali Durrani/Petitioner



# CERTIFICATE OF SERVICE

I, __Arif Ali Durrani__ hereby certify that I have served a true and correct copy of the following:

**MOTION TO REQUEST AND REMOVE HONORABLE JUDGE PERCY ANDERSON AND AUSA WILLIAM A. CROWFOOT DUE TO CONFLICT OF INTEREST**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

UNITED STATES DISTRICT COURT
Central District of California
Clerk of the Court
312 North Spring Street
Los Angeles, CA 90012

**and deposited same in the United States Mail** at the Federal Correctional Institution,.

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this __9th__ day of __October__, 20__06__.

_____
Arif Ali Durrani/Petitioner

- 3 -