

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arif Durrani<br><br>PLAINTIFF(S)<br>v.<br><br>S.A. Holencik<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-6281 PA<br><br>**REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |

A Motion to Disqualify Judge / Magistrate Judge __Percy Anderson__ was filed on __10/16/06__. Pursuant to General Order 224 and General Order 194 this motion is referred to Judge __R. Gary Klausner__ for determination.

Clerk, U. S. District Court

__10/31/06__  By __Robert R. Nadres__
Date              Deputy Clerk

cc: *Judge Assigned to Case*
*Judge Assigned to Hear Motion*
*Counsel of Record*



CV-54 (07/05)   REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE

ENTERED ON CM 10/31/06