Arif Ali Durrani
Federal Correctional Complex
Victorville Medium I
Post Office Box 5300
Adelanto, California 92301
Federal Register No. 09027-014

Pro se

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARIF ALI DURRANI,           )
        Petitioner,          )   Civil Case No. CV 06-6281 PA
                             )
v.                           )   MOTION TO GRANT WRIT
                             )   28 U.S.C. § 2243, FILED
                             )   OCTOBER 2, 2006
S.A. HOLENCIK,               )
        Respondent.          )
_____)

COMES NOW, Arif Ali Durrani, Petitioner, pro se, hereby moves the Court to act "forthwith" and to award the writ or issue an order directing the Respondent to show cause why the writ should not be granted in accordance with 28 U.S.C. § 2243 for illegal detention.

Respectfully submitted, December 1, 2006.

_____
Arif Ali Durrani, Petitioner

# CERTIFICATE OF SERVICE

I, __Arif Durrani__ hereby certify that I have served a true and correct copy of the following:

   MOTION TO GRANT WRIT

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

   Clerk of the Court
   Centrial District of California
   312 North Spring Street
   Los Angeles, California 90012

**and deposited same in the United States Mail** at the Federal Correctional Institution, __Victorville Medium I__

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this __1__ day of __December__, 20__06__.

                                                  Arif Ali Durrani # 09027-014