Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 06-6281 - P A                                Date   FEB 1 6 2007

Title:   *ARIF DURRANI v. S.A. HOLENCIK*

---

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not Present                                    Not Present

**Proceedings:**   **(IN CHAMBERS) PLAINTIFF'S MOTION REQUESTING RE-ASSIGNMENT OF HONORABLE JUDGE DUE TO CONFLICT OF INTEREST IN A CIVIL COMPLAINT INCLUDING ASSISTANT U.S. ATTORNEY**

Pro se Plaintiff, Arif Durrani, requests that the Court "remove and/or reassign" the Honorable Percy Anderson pursuant to 28 U.S.C. § 455.[1]

Plaintiff states no cause for the disqualification of Judge Anderson. Plaintiff's assertion of a "conflict of interest" is wholly unsupported. Plaintiff's motion to disqualify is hereby **denied**.

**IT IS SO ORDERED.**

Initials of Preparer                    slw

DOCKETED ON CM
FEB 2 0 2007
BY _____ 022

---

[1] Plaintiff's motion to disqualify Assistant U.S. Attorney, William Crowfoot, is not properly brought under §455 which provides for the disqualification of a justice, judge, or magistrate.