**FILED**

UNITED STATES COURT OF APPEALS

MAY 17 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ARIF ALI DURRANI.<br><br>ARIF ALI DURRANI,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>Real Party in Interest. | No. 07-71359<br><br>D.C. No. CV-06-6281-PA<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 2 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

The Clerk shall amend the docket to reflect the correct district court case number as shown in the caption of this order. Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

MOATT



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAY 17 2007
by:
Deputy Clerk

DOCKETED ON
MAY 22 2007
181