FILED

2007 DEC 10 PM 4:21

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Arif Ali Durrani | | **CASE NUMBER** <br> CV-06-6281-PA |
| | PLAINTIFF(S) | **CASE NUMBER IN TRANSFEROR COURT** <br> 07-73112 |
| v. | | |
| S. A. Holencik | | **NOTICE OF TRANSFER BACK / REMAND AND REOPENING OF CASE** |
| | DEFENDANT(S). | |

To: All Counsel / Parties of Record

The above-entitled action has been transferred back or remanded to this court from the <u>Court Of Appeals</u>
District of <u>Ninth Circuit</u>.

The case has been re-opened under its previous case number and assigned to Judge <u>Percy Anderson</u>
and Magistrate Judge <u>None</u>. If you have any questions, you may contact the
Courtroom Deputy at <u>213-894-0222</u>.

☒ MD JS-5.

                                                                Clerk, U. S. District Court

| | |
|---|---|
| 12/10/07 | By C. Sawyer |
| Date | Deputy Clerk |

cc: District Judge
    Magistrate Judge