# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __ANDERSON__

From: __Karen Park__, Deputy Clerk   Date Received: __12/10/2007__

Case No.: __CV06-6281PA__   Case Title: __Arif Durrani v. S A Holencik__

Document Entitled: __a) Notice of Motion and Motion for Default Judgment b) Memorandum of Points and Authorities c) Letter__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☒ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☐ Other: ____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                     U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__12/27/07__   _____
Date           U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

Arif A. Durrani #09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>    Petitioner,<br><br>v.<br><br>S.A. HOLENCIK,<br><br>    Respondent. | CASE NO. CV 06-6281 PA<br><br>NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT. THE VIOLATION OF DUE PROCESS AND RESPONDENT'S UNWARRANTED DELAY TO RELEASE PETITIONER IN VIOLATION OF THE DUAL CRIMINALITY; AND OR THE DOCTRINE OF SPECIALTY; AND OR THE EXTRADITION TREATY<br><br>Date: To be determined<br>Time: To be determined<br>Courtroom of the Honorable Percy Anderson, Judge |

   Arif A. Durrani, ("Durrani"), Petitioner, hereby requests the District Court to grant the writ for violation of the dual criminality; and or the doctrine of specialty; and or the extradition treaty and immediately release the petitioner from the illegal detention in violation of §2241(c)(3) nunc pro tunc to date of September 23, 2005, and to set a time and date for a hearing. The District Court shall award the writ or issue an order within three days to the respondent to show cause why the writ should not be granted in compliance with §2243, determine the

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

RECEIVED BUT NOT FILED
DEC 1 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

December 5, 2007

Office of the Clerk
U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
DEC 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Reference: Case No. CV 06-6281 PA

Dear Clerk:

   Attached is my motion in triplicate to be filed in the above referenced case. The Court of Appeals for the Ninth Circuit ordered the return of the this district court's referral under Rule 22-3(a) on November 16, 2007.

   The Petition must be adjudicated under §2241 for the erroneous release order in violation of the dual criminality; and or the doctrine of specialty; and or the extradition treaty.

   I have requested the district court to grant the writ or issue the show cause notice to the Respondent, within three days upon the filing of this petition.

   Please file my motion and return one filed copy for my records. You assistance in filing this petition is greatly appreciated.

Sincerely,

Arif A. Durrani

Encl: Three copies of §2241 Notice of Motion and Motion for
      Default judgment

cc: AUSA William A. Crowfoot, Office of the U.S. Attorney, Central
    District of California

AAD:ar