```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    WILLIAM A. CROWFOOT (Bar No. 134173)
 4  Assistant United States Attorney
    OCDETF Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-4465
 7       Facsimile: (213) 894-0142
         E-mail:    william.crowfoot@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ARIF ALI DURRANI,          | ) CV No. 06-6281-PA       |
|                            | ) (CR No. 99-470-PA)      |
|     Petitioner,            | )                         |
|                            | ) <u>NOTICE OF APPEARANCE</u> |
|     v.                     | )                         |
|                            | )                         |
| S.A. HOLENCIK, Warden      | )                         |
|                            | )                         |
|     Respondent.            | )                         |

Respondent, S.A. Holencik, Warden, United States Penitentiary -- Victorville, by and through the United States Attorney for the Central District of California, hereby advises the court that the above-captioned case has been assigned to an Assistant United States Attorney ("AUSA") as follows:

| Name | Address |
|---|---|
| William A. Crowfoot | 1400 United States Courthouse<br>312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-4465<br>Facsimile: (213) 894-0142<br>E-mail: william.crowfoot@usdoj.gov |

Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: January 14, 2008         Respectfully submitted,

                                THOMAS P. O'BRIEN
                                United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____/S/_____
                                WILLIAM A. CROWFOOT
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America

2

# CERTIFICATE OF SERVICE

I, _____ REGINA AUTREY _____, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF APPEARANCE**

**SERVICE WAS:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Arif Ali Durrani**
Reg. No. 09027-014
**FCI Victorville Medium I**
**Federal Correctional Institution**
Post Office Box 5300
Adelanto, California 92301

This Certificate is executed on January 14, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Regina Autrey_
REGINA AUTREY