THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
WILLIAM A. CROWFOOT (Bar No. 134173)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4465
     Facsimile: (213) 894-0142
     E-mail:   william.crowfoot@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIF ALI DURRANI,<br><br>       Petitioner,<br><br>       v.<br><br>S.A. HOLENCIK, Warden<br><br>       Respondent. | CV No. 06-6281-PA<br>(CR No. 99-470-PA)<br><br>GOVERNMENT'S RESPONSE TO<br>DEFENDANT'S EX PARTE NOTICE RE:<br>NON-COMPLIANCE WITH SERVICE OF<br>PROCESS; DECLARATION OF<br>WILLIAM A. CROWFOOT |

Respondent, S.A. Holencik, Warden, United States Penitentiary -- Victorville, by and through the United States Attorney for the Central District of California, hereby files its response to the ex parte Notice of Noncompliance with the Service of Motion Upon the Petitioner remitted by in-custody petitioner ARIF ALI DURRANI for filing as of March 21, 2008. This response is based on the attached declaration of Assistant United States Attorney William A. Crowfoot, all files and records in this case,

///

1  and any further evidence as may be presented at any hearing on

2  this matter.

3  DATED: March 25, 2008          Respectfully submitted,

4

5                                 THOMAS P. O'BRIEN
                                   United States Attorney

6                                 CHRISTINE C. EWELL
                                   Assistant United States Attorney
7                                  Chief, Criminal Division

8

9                                  _____
                                   WILLIAM A. CROWFOOT
10                                 Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2

<u>DECLARATION OF WILLIAM A. CROWFOOT</u>

I, William A. Crowfoot, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the United States in <u>Arif Ali Durrani v. S.A. Holencik, Warden</u>, CV No. 06-6281-PA.  This declaration is submitted in response to the <u>ex parte</u> <u>Notice of Noncompliance with the Service of Motion Upon the Petitioner</u> remitted by in-custody petitioner Arif Ali Durrani ("petitioner") for filing as of March 21, 2008.

2.    Petitioner states that as of March 21, 2008, he had not received the government's motion in this action which was required to be filed and served on petitioner on March 11, 2008.

3.    The Court's docket shows that on March 11, 2008 the government filed its Motion to Transfer or Dismiss Defendant's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Clerk's Record 25).  On that same date the government's motion was mailed to petitioner by United States mail as indicated on the certificate of service attached to the government's motion. (<u>Id.</u>).

4.    On March 25, 2008, in response to defendant's notice of noncompliance, a second copy of the government's motion was mailed to petitioner at his place of imprisonment, FCI-Victorville.  On March 25, 2008, I also spoke with Mr. M. Bacon, petitioner's case manager at FCI Victorville, who confirmed that petitioner remained in custody at that location.  I told Mr. Bacon that petitioner had complained about not receiving the government's motion.  He told me he would check with the mail

1

1  unit to determine whether the government's originally mailed

2  motion had been received and held by mistake.  He also said he

3  would inform the mail unit and petitioner that a second copy of

4  the government's motion had been mailed to defendant.

5       I declare under penalty of perjury under the laws of the

6  United States that the foregoing is true and correct to the best

7  of my knowledge and belief.

8  DATED: March 25, 2008

9

10                              _____
                                WILLIAM A. CROWFOOT

11                              Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2

CERTIFICATE OF SERVICE

I, **NETTIE RAFEE** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of  California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on March 25, 2008,  I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,

a copy of: GOVERNMENT'S RESPONSE TO DEFENDANT'S EX PARTE NOTICE RE: NON-COMPLIANCE WITH SERVICE OF PROCESS; DECLARATION OF WILLIAM A. CROWFOOT.

**was:**
[] Placed in a closed            [X] Placed in a sealed
envelope, for collection              envelope for collection and
and interoffice delivery               mailing via United States Mail,
addressed as follows:                  addressed as follows:

[] By hand delivery            [] By facsimile as follows:
addressed as follows:

[ ] By messenger as follows:  [ ] By federal express as follows:

**Arif Durrani**
**Reg No. 09027-014**
**FCI Victorville Medium 1**
**Federal Correctional Institution**
**P.O. Box 5300**
**Adelanto, CA 92301**

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **March 25, 2008**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Nettie Rafee*
**Nettie Rafee**