Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
Adelanto, CA 92301



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARIF A. DURRANI,<br><br>Petitioner,<br><br>v.<br><br>S.A. HOLENCIK,<br><br>Respondent. | CASE No. CV-06-6281-PA<br><br>ACCEPTANCE OF SERVICE ON APRIL 1, 2008 BY THE PETITIONER VIA MAILED 2ND COPY FROM RESPONDENT<br><br>5th EX PARTE JUDICIAL NOTICE |
|---|---|

    Arif A. Durrani (Petitioner), has received the motion that was mailed by the Respondents on March 25, 2008, on April 1, 2008, at 6:00 P.M.

    The 30 days for Petitioners response will expire on May 1, 2008. However, the Petitioner will attempt to meet the original response date by depositing his mail on April 11, 2008, at the prison, which is considered filed under <u>Huston v. Lack</u>, 101 LEd.2d 245 (1988) addressed to the U.S. District Court, and the Respondent.

    Respectfully submitted, on this 2nd day of April 2008

                          Arif A. Durrani
                              Petitioner

//