```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    WILLIAM A. CROWFOOT
 4  Assistant United States Attorney
    OCDETF Section
 5  California Bar Number:   134173
         1400 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-4465
         Facsimile: (213) 894-0142
 8       Email: william.crowfoot@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13  ARIF ALI DURRANI,          ) CV No. 06-6281-PA
                               ) (CR No. 99-470-PA)
14           Petitioner,       )
                               ) GOVERNMENT'S RESPONSE TO
15      v.                     ) DEFENDANT'S EX PARTE ACKNOWLEDGMENT
                               ) OF SERVICE OF PROCESS AND
16  S.A. HOLENCIK, Warden      ) APPLICATION FOR ADDITIONAL TIME
                               )
17           Respondent.       )
                               )
18  _____)
```

19      Respondent, S.A. Holencik, Warden, United States
20 Penitentiary-Victorville, by and through respondent's attorney of
21 record, the United States Attorney for the Central District of
22 California, hereby submits his response to the acknowledgment of
23 service of process and application for additional time in which
24 to respond filed by petitioner ARIF ALI DURRANI as of April 9,
25 2008 (Docket Record Document Control Number ("CR") 28).  In light
26 of petitioner's acknowledgment of service on April 1, 2008, of
27 the government's motion to transfer, or dismiss, petitioner's
28 Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241,

1 | the government believes that no further action is required of the
2 | government pursuant to the Court's order of April 7, 2008.  (CR
3 | 27).  Moreover, the government does not object to petitioner
4 | computing from April 1, 2008, the date upon which his opposition
5 | to the government's motion is due pursuant to the Court's order
6 | of December 27, 2007.  (CR 12).
7 | DATED: April 23, 2008            Respectfully submitted,

                                 THOMAS P. O'BRIEN
                                 United States Attorney

                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                         /s/
                                 _____
                                 WILLIAM A. CROWFOOT
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I declare: |
| 3 | That I am a citizen of the United States and resident or |
| 4 | employed in Los Angeles County, California; that my business |
| 5 | address is the Office of United States Attorney, United States |
| 6 | Courthouse, 312 N. Spring Street, Los Angeles, California 90012; |
| 7 | that I am over the age of eighteen years, and am not a party to |
| 8 | the above-entitled action; |
| 9 | that I am employed by the United States Attorney for the |
| 10 | Central District of California who is a member of the Bar of the |
| 11 | United States District Court for the Central District of |
| 12 | California, at whose direction I served a copy of: |
| 13 | **GOVERNMENT'S RESPONSE TO DEFENDANT'S EX PARTE ACKNOWLEDGMENT OF SERVICE OF PROCESS AND APPLICATION FOR ADDITIONAL TIME** |
| 14 | service was: |
| 15 | **[ ]** Placed in a closed envelope for collection & interoffice delivery addressed as follows:    **[X]** Placed in a sealed envelope for collection & mailing via United States Mail, addressed as follows: |
| 17 | **[ ]** By hand delivery addressed as follows:    **[ ]** By facsimile as follows: |
| 19 | **[ ]** By messenger as follows:    **[ ]** By federal express as follows: |
| 20 | ARIF DURRANI (FED REG #09027-014) |
| | FCI VICTORVILLE MEDIUM I |
| 21 | FEDERAL CORRECTIONAL INSTITUTION |
| | PO BOX 5300 |
| 22 | ADELANTO, CA 92301 |
| 24 | This certificate is executed on April 23, 2008, at Los |
| 25 | Angeles, California.  I certify under penalty of perjury that the |
| 26 | foregoing is true and correct. |
| 27 | _____/S/_____ <br> Roland Hernandez |