FILED

MAR 13 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ARIF ALI DURRANI,<br><br>　　　　Petitioner - Appellant,<br>v.<br><br>S. A. HOLENCIK,<br><br>　　　　Respondent - Appellee. | No. 08-55082<br><br>D.C. No. CV-06-06281-PA<br>Central District of California,<br>Los Angeles  |
|---|---|
| ARIF ALI DURRANI,<br><br>　　　　Petitioner,<br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>　　　　Respondent. | No. 08-70269<br><br>D.C. No. CV-06-06281-PA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

Appeal number 08-55082 is dismissed as duplicative of number 08-70269.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) in number 08-70269 is denied because the district court has not certified the appeal.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

MF/PROSE

08-55082, 08-70269

All pending motions are denied as moot.

MF/PROSE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIF ALI DURRANI,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>S. A. HOLENCIK,<br><br>    Respondent - Appellee. | No. 08-55082<br>D.C. No. CV-06-06281-PA<br>Central District of California, Los Angeles<br><br>**MANDATE** |
| ARIF ALI DURRANI,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>    Respondent,<br><br>S. A. HOLENCIK,<br><br>    Real Party in Interest. | No. 08-70269<br>D.C. No. CV-06-06281-PA<br>Central District of California, Los Angeles<br><br>**MANDATE** |



The judgment of this Court, entered 3/13/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court


By: Lee-Ann Collins
Deputy Clerk