Arif A. Durrani
Register No. 09027-014
Federal Correctional Complex
Victorville Medium I
Post Office Box 5300
Adelanto, California 92301-5300

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ARIF ALI DURRANI, | ) | CV No. 06-6281-PA |
|---|---|---|
| Petitioner, | ) | (CR No. 99-470-PA) |
| | ) | |
| v. | ) | REQUEST FOR JUDICIAL NOTICE AND SUBMISSION OF DOCUMENTS WITH LEAVE OF THE COURT |
| | ) | |
| S.A. HOLENCIK, Warden | ) | |
| Respondent. | ) | |

    Arif A. Durrani hereby submits the attached documents with leave of the Court to refute all assertions made by the government. These documents, which were not provided through discovery, are submitted to assist the Court in determining the true cause of the unlawful arrest of an innocent person, his extradition and detention.

    The Petitioner is a naturalized U.S. citizen. His records were altered and concealed by the government for the past 21 years and during the course of these proceedings.

    Respectfully submitted May 21, 2008

_____
Arif Ali Durrani

. . .

. . .

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the Rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

| | |
|---|---|
| Office of the Clerk<br>U.S. District Court<br>312 North Spring Street<br>Los, Angeles, CA 90012-4793 | AUSA William A. Crowfoot<br>U.S. Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012 |

It is further attested that the envelope was deposited with the mail room at the Federal Correctional Complex, Victorville I, Adelanto, CA 92301 on May 21, 2008, and all Parties required to be served have been served.

　　　　　　　　　　　/s/ Arif A. Durrani
　　　　　　　　　　　Arif A. Durrani

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

April 30, 2008

Ms. T. Diane Cejka
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, Mo 64064-8010

Reference: FOIA Request for T File (T021763558) documents

Dear Ms. Cejka:

Please provide a copy of the following documents from the above referenced T file. It is located in Sect:CV-File Room Number 2 LL V, Resp: 9253- Row CV Shelf 9253-CV9253.

A copy of the documents and the citizenship certificate upon which the signed photograph in the extreme lower right hand corner of the attached document number 893 is affixed. Please also confirm the quantity of this photograph(s) that are within your file.

This is a narrow, specific search request and it is requested that it be processed on an expedited basis. A copy of the certificate of identity is also enclosed for this FOIA request. Your prompt processing of this request will be greatly appreciated.

Sincerely,

Arif A. Durrani

Encl: Document No. 893

AAD:ar

U.S. Department of Justice
Immigration and Naturalization Service

Naturalization and Citizenship Branch

300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

You are hereby notified to appear for a hearing on your (child's) application for naturalization at the DATE, TIME AND PLACE shown below:

Date: 9/12/1996

Time: 12:45 AM

Place: 300 NORTH LOS ANGELES ST
LOS ANGELES CA 90012
FEDERAL BUILDING – DOWNTA
ROOM NUMBER 1210

You MUST BRING the following with you:
— This letter, with the Personal Description Form on the REVERSE
— Alien Registration Receipt Card
— Any evidence of Selective Service Registration
— Any documents you have which you wish in connection with an
— Those items requested on the reverse side of this letter which are
— Filing Fee: $80.00 CASH OR MONEY O
APPROXIMATELY FOUR (4)

Please KEEP this APPOINTMENT even if you do not have all t
Form N—430A

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

05/23/96    WAC-96-167-53077    WACLHV01

893

U.S. Department of Homeland Security



U.S. Customs & Border Protection

*American Embassy Mexico City*
*Paseo de la Reforma # 305-118*
*Col. Cuauhtemoc 06500*

Date: <u>June 14, 2005</u>
RE:  Arif Ali DURRANI
DPOB: <u>08/14/1949, Pakistan</u>
A: <u>21 763 558</u>

The Transportation Company and
Supervisory Customs Inspector
Customs and Border Protection
At Port of Entry

**ALIEN TO BE PAROLED INTO THE U.S. FOR PROSECUTION**

Dear Sirs,

On the basis of sworn testimony given, results of records checks conducted, and examination of secondary evidence supplied, this office has determined that, **Arif Ali DURRANI**, is eligible to make application for admission to an Custom and Border Protection (CBP) Inspector at a U.S. Port of Entry. An Airline may accept this letter as assurance that the above named alien may be transported to the United States before, <u>June 16, 2005</u> without danger of penalty imposed by Section 273 (b) of the Immigration and Nationality Act, as amended.

The above named person whose photograph appears below has been instructed to present the original of this letter to the Transportation Company on which travel to the United States is intended. The above named person has also been instructed to present the duplicate of this letter in a sealed envelope to the CBP Inspector at the port of entry used, where the sealed envelope should be opened. A third copy of this letter has been retained by this office along with the bearer's sworn testimony as to his/her claimed status as a lawful permanent resident of the United States. The CBP Inspector at the Port of Entry has sole and exclusive authority to admit the above named alien as a permanent resident alien or in any other status. This letter in no way constitutes a prior obligation of the United States Government to admit the alien.

**In the event of evidence of tampering with this letter or with the copy of this letter directed to the CBP Inspector or with the envelopes in which these letters are conveyed, the Transportation Company is requested not to board the alien named above and to report the evidence of tampering to this office at (525) 55080-2000 ext. 4365 during after duty hours to ask the Embassy operator to immediately contact the duty Immigration and Customs Enforcement officer.**

Sincerely,

Luis M. Alvarez
Attaché
Immigration and Customs Enforcement



902

(b)(2)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
FROM NCIC   ON 06/15/05 AT 15:23:49         PRESS ENTER TO CONTINUE
1L01CQUQDXN20600206
CAUSC2926

MKE/WANTED PERSON
FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/VTINS1000 NAM/DURRANI,ARIF ALI SEX/M RAC/A POB/PK DOB/19490814
HGT/511 WGT/180 EYE/BRO HAI/BLK FBI/447572FA5 SKN/DRK
FPC/P01414PMP0PI1714PIPI MNU/AR-A21763558 SOC/100603902
OLN/N6532322 OLS/CA OLY/2005
OFF/WEAPON OFFENSE
DOW/19990507 OCA/02I70X0095
WNO/CR99470
```

(b)(2)

*****************************************************************

```
VLD/20050330
MIS/CRIMINAL WARRANT FOR VIOLATION OF TITLE 22 USC 127 1 (D), 127 3, 2773(B)
MIS/(2), (C), EXPORTING DEFENSE ARTICLES WITHOUT A LICENSE ISSUED BY THE CENTRA
L
MIS/ DISTRICT OF CALIFORNIA ON MAY 7, 1999
ORI IS BUR OF IMMIGRATION AND CUSTOMS ENFORCEMENT LESC 802 872-6020
DOB/19430814
AKA/BURRANI,ARIF ALI
AKA/DURRANI,ARIF
MNU/AR-A021763558
MNU/PP-A434400
NIC/W383277264 DTE/20020927 2002 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
```

(b)(2)

Admission Number

**46 10864920**

Immigration and
Naturalization Service
I-94
Arrival Record

PAROLED PURSUANT TO SEC. 212 (d)(5)
OF THE I & N ACT TO,
JUNE 29 2005
PURPOSE:
DT. For
PROSECUTION

LOS 5689      [Date]      (Officer)
JUN 1 5 2005

1. Family Name
DURRANI ALI
2. First (Given) Name
ARIF
3. Birth Date (Day/Mo/Yr)
14 08 49
4. Country of Citizenship
PAKISTAN
5. Sex (Male or Female)
MALE
6. Passport Number

7. Airline and Flight Number
KM-646
8. Country Where You Live
PAKISTAN
9. City Where You Boarded
MEXICO D.F.
10. City Where Visa Was Issued
MEXICO D.F.
11. Date Issued (Day/Mo/Yr)

12. Address While in the United States (Number and Street)
536 N. ALAMEDA ST.
13. City and State
LOS ANGELES, CA

Departure Number

**46708649207**

Immigration and
Naturalization Service
I-94
Departure Record

PAROLED PURSUANT TO SEC. 212 (d)(5)
OF THE I & N ACT TO,
JUNE 29 2005
PURPOSE:
DT. For
PROSECUTION

LOS 5689      (Date)      (Officer)
JUN 1 5 2005

14. Family Name
DURRANI ALI
15. First (Given) Name
ARIF
16. Birth Date (Day/Mo/Yr)
14 08 49
17. Country of Citizenship
PAKISTAN

See Other Side                              STAPLE HERE

944

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE

**Customs Declaration**

19 CFR 122.27, 148.12, 148.13, 148.110, 148.111, 1498; 31 CFR 5316

Each arriving traveler or responsible family member must provide the following information (only ONE written declaration per family is required).

FORM APPROVED
OMB NO. 1515-0041

1. Family Name: DURRANI
   First (Given): ARIF   Middle: ALI
2. Birth date: Day 14  Month 08  Year 49
3. Number of Family members traveling with you: 0
4. (a) U.S. Street Address (hotel name/destination): 535 N. ALAMEDA ST.
   (b) City: LOS ANGELES   (c) State: CA
5. Passport issued by (country):
6. Passport number:
7. Country of Residence: PAKISTAN
8. Countries visited on this trip prior to U.S. arrival: MEXICO
9. Airline/Flight No. or Vessel Name: AM # 646
10. The primary purpose of this trip is business:   Yes   No ✓
11. I am (We are) bringing
    (a) fruits, plants, food, insects:   Yes   No ✓
    (b) meats, animals, animal/wildlife products:   Yes   No ✓
    (c) disease agents, cell cultures, snails:   Yes   No ✓
    (d) soil or have been on a farm/ranch/pasture:   Yes   No ✓
12. I have (We have) been in close proximity of (such as touching or handling) livestock:   Yes   No ✓
13. I am (We are) carrying currency or monetary instruments over $10,000 U.S. or foreign equivalent:   Yes   No ✓
    (see definition of monetary instruments on reverse)
14. I have (We have) commercial merchandise:   Yes   No ✓
    (articles for sale, samples used for soliciting orders, or goods that are not considered personal effects)
15. Residents — the total value of all goods, including commercial merchandise I/we have purchased or acquired abroad, (including gifts for someone else, but not items mailed to the U.S.) and am/are bringing to the U.S. is: $ 0

    Visitors — the total value of all articles that will remain in the U.S., including commercial merchandise is: $ 0

Read the instructions on the back of this form. Space is provided to list all the items you must declare.

**I HAVE READ THE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS FORM AND HAVE MADE A TRUTHFUL DECLARATION.**

X _____
(Signature)                                     Date (day/month/year)

For Official Use Only

Customs Form 6059B (11/02)

946

### The U.S. Customs Service Welcomes You to the United States

The U.S. Customs Service is responsible for protecting the United States against the illegal importation of prohibited items. Customs officers have the authority to question you and to examine you and your personal property. If you are one of the travelers selected for an examination, you will be treated in a courteous, professional, and dignified manner. Customs Supervisors and Passenger Service Representatives are available to answer your questions. Comment cards are available to compliment or provide feedback.

### Important Information

**U.S. Residents** — declare all articles that you have acquired abroad and are bringing into the United States.

**Visitors (Non-Residents)** — declare the value of all articles that will remain in the United States.

**Declare all articles** on this declaration form and show the value in U.S. dollars. For gifts, please indicate the retail value.

**Duty** — Customs officers will determine duty. U.S. residents are normally entitled to a duty-free exemption of $800 on items accompanying them. Visitors (non-residents) are normally entitled to an exemption of $100. Duty will be assessed at the current rate on the first $1,000 above the exemption.

**Controlled substances, obscene articles, and toxic substances are generally prohibited entry.**

*Thank You, and Welcome to the United States.*

---

The transportation of currency or **monetary instruments**, regardless of the amount, is legal. However, if you bring in to or take out of the United States more than $10,000 (U.S. or foreign equivalent, or a combination of both), you are required by law to file a report on Customs Form 4790 with the U.S. Customs Service. Monetary instruments include coin, currency, travelers checks and bearer instruments such as personal or cashiers checks and stocks and bonds. If you have someone else carry the currency or monetary instrument for you, you must also file a report on Customs Form 4790. Failure to file the required report or failure to report the *total* amount that you are carrying may lead to the seizure of *all* the currency or monetary instruments, and may subject you to civil penalties and/or criminal prosecution. SIGN ON THE OPPOSITE SIDE OF THIS FORM AFTER YOU HAVE READ THE IMPORTANT INFORMATION ABOVE AND MADE A TRUTHFUL DECLARATION.

| Description of Articles (List may continue on another Form 6059B) | Value | Customs Use Only |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

PAPERWORK REDUCTION ACT NOTICE: The Paperwork Reduction Act of 1995 says we must tell you why we are collecting this information, how we will use it, and whether you have to give it to us. The information collected on this form is needed to carry out the Customs, Agriculture, and currency laws of the United States. Customs requires the information on this form to insure that travelers are complying with these laws and to allow us to figure and collect the right amount of duty and tax. Your response is mandatory. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information, unless it displays a valid OMB control number. The estimated average burden associated with this collection of information is 4 minutes per respondent or record keeper depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to U.S. Customs Service, Reports Clearance Officer, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1515-0041), Washington, DC 20503. THIS FORM MAY NOT BE REPRODUCED WITHOUT APPROVAL FROM THE U.S. CUSTOMS FORMS MANAGER.

Customs Form 6059B (11/02)

947