# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
JUN 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __HON. PERCY A_____

From: __PAUL SONGCO__, Deputy Clerk    Date Received: __MAY 23, 2008__

Case No.: ████████    Case Title: __ARIF DURRANI v. S.A. HOLENCIK__

Document Entitled: __LETTER TO HON. PERCY ANDERSON__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☒ Other: __PURSUANT TO LOCAL RULE 83-2.11, IMPROPER COMMUNICATIONS WITH THE COURT__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

__6/4/08__    __[signed]__
Date    U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO: U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

May 15, 2008

Honorable Percy Anderson
US District Court Judge
Room 163/ Courtroom 15
312 N. Spring Street
Los Angeles, CA  90012

RE:  Case  2:06-cv-06281-PA

Dear Judge Anderson:

My name is Susanne Stehr and I am the wife of Arif Durrani, a federal inmate at Adelanto Federal Correctional Center and petitioner in the above referenced case.

I am writing to you to inform you that after checking the Pacer system last night on case 2:06-cv-06281-PA, I noticed that my Husband's April 11, 2008 petition/ response for Writ of Habeas Corpus was not listed on the docket report.
I telephoned your chambers this morning and received a courtesy call back from your clerk saying that she could not help me in any manner and only my husband could inquire or relate matters pertaining to this case. While I understand procedure is vital, please know that my husband is currently in a special housing unit since, Thursday May 8th and he is not aware that non-receipt of his petition appears to be the circumstance. I know that he mailed this Motion along with critical exhibits to support his claim on April 11, 2008 per his certificate of service and discussions during our daily phone calls. This motion consisted of 24 pages plus over 60+ exhibits.
You may recall, He was not in receipt of a March 11th, 2008 Notice of Motion and Motion to dismiss for lack of Jurisdiction filed by the government.
My husband, in his letter to inform the court resulted in a Chamber order by your Honor To ensure that fairness prevails and no games be played with "Justice" by the government.
In fact, in his letter to you to complain about non -compliance in service, he cites that he received the government's motion by me, his wife, after checking the Pacer system. Although you graciously extended his deadline time in his filing, my husband elected to file on time as originally scheduled to force the schedule to remain.
In the critical Motion he filed on April 11, 2008 to your Honor, exhibits from the US Marshall service clearly stating "EXTRADITION" along with airline tickets pre purchased by the US embassy on I believe June 9th, 2005, 2 to 3 days prior to Mexican Immigration taking my husband, were included.  These documents were obtained by him after several years of him filing document requests and FOIA requests to Homeland Security, US Marshall Service, Immigration Service and numerous other government entities while in custody.